IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RANDY HELTON, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:11-CV-77 (WLS) |
| SERGEANT BURKS, *et al.* | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed September 27, 2012. (Doc. 86). It is recommended that Plaintiff's Motion for Summary Judgment (Doc. 80) be denied. (Doc. 86 at 1). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on October 11, 2012. (*See* Doc. 86 at 1; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 86) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 80) is **DENIED**.

**SO ORDERED**, this  13th  day of November, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**