**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| RANDY HELTON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 1:11-CV-77 (WLS) |
| | : |
| SERGEANT BURKS. | : |
| | : |
| Defendant. | : |
| _____ | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 22, 2013. (Doc. 105.) It is recommended that Defendant Burk's Motion for Summary Judgment (Doc. 100) be granted. (Doc. 105 at 8-9.) No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on November 5, 2013. (*See* Doc. 105 at 9; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 105) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 100) is **GRANTED**. It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall taking nothing by his Complaint (Doc. 1), and **JUDGMENT** shall be entered in favor of Defendant.

**SO ORDERED**, this   19th   day of November 2013.

/s/ W. Louis Sands
**W. LOUIS SANDS, UNITED STATES
DISTRICT COURT**